# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**BRIAN HOLTE** and **WILLIAM KIDD, JR.**,
*individually and on behalf of a class of similarly situated persons*,

        Plaintiffs,

                      Case Number: **8:21-cv-02215-WFJ-TGW**

    v.

**TRUEACCORD CORP., MINTO FINANCIAL, d/b/a MINTO MONEY, DOUGLAS WILLIAM ISAACSON, MINTO DEVELOPMENT CORPORATION,** *and* **BENHTI ECONOMIC DEVELOPMENT CORPORATION,**

        Defendants.
_____/

## NOTICE OF SETTLEMENT AS TO DEFENDANTS MINTO FINANCIAL, d/b/a MINTO MONEY, DOUGLAS WILLIAM ISAACSON, MINTO DEVELOPMENT CORPORATION, *and* BENHTI ECONOMIC DEVELOPMENT CORPORATION

COMES NOW, the Plaintiffs, Brian Holte and William Kidd, Jr., to notify this court pursuant to Local Rule 3.09 that they have reached a settlement with Defendants Minto Financial d/b/a Minto Money, Douglas William Isaacson, Minto Development Corporation, and Benhti Economic Development Corporation. Upon consummation of the settlement terms, the Plaintiffs will dismiss Defendants Minto Financial d/b/a Minto Money, Douglas William Isaacson, Minto Development Corporation, and Benhti Economic Development Corporation with prejudice.

This Notice does not affect the remaining claims against TrueAccord Corp.

Submitted this December 20, 2021, by:

                                         /s/ *Brandon D. Morgan*
                                         Brandon D. Morgan, Esq.
                                         Florida Bar Number: 1015954
                                         Seraph Legal, P. A.
                                         1614 N. 19th St.
                                         Tampa, FL 33605
                                         (813) 567-1230
                                         bmorgan@seraphlegal.com
                                         Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. This document has been served on Defendants' counsel via e-mail and a CM/ECF e-service system notice sent to all attorneys of record.

                                         /s/ *Brandon D. Morgan*
                                         Brandon D. Morgan, Esq.
                                         Florida Bar Number: 1015954