## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**BRIAN HOLTE,** *individually and on behalf of a class of similarly situated persons*,

    *Plaintiff*,

v.                             Case No. 8:21-cv-02215-WFJ-TGW

**TRUEACCORD CORP.,**

    *Defendant*.

_____/

## STIPULATION FOR DISMISSAL OF ALL INDIVIDUAL CLAIMS AGAINST DEFENDANT TRUEACCORD CORP., WITH PREJUDICE, AND ALL PUTATIVE CLASS CLAIMS, WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Brian Holte, and Defendant, TrueAccord Corp., by and through their undersigned counsel, stipulate to dismiss all individual claims brought by Brian Holte against TrueAccord Corp. in this action with prejudice, and to dismiss all putative class claims without prejudice.

Dated January 31, 2023.

| | |
|---|---|
| */s/ Bryan J. Geiger* | */s/ Nicole M. Strickler* |
| Bryan J. Geiger | Nicole M. Strickler, Esq. |
| Florida Bar Number: 119168 | Messer Strickler Burnette, Ltd. |
| Seraph Legal, P. A. | 142 W. Station Street |
| 1614 N. 19th St. | Barrington, IL 60010 |
| Tampa, FL 33605 | P: 312-334-3442 |
| (813) 321-2348 | NStrickler@messerstrickler.com |
| BGeiger@SeraphLegal.com | *Admitted Pro Hac Vice on behalf of* |
| *Counsel for Plaintiff* | *Defendant TrueAccord Corp.* |

## CERTIFICATE OF SERVICE

    I hereby certify that on January 31, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, and through that service a copy was sent with e-notice to all parties.

                                              /s/ *Bryan J. Geiger*
                                              Bryan J. Geiger
                                              Florida Bar Number: 119168